**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America, | |
| --- | --- |
| Plaintiff, | **05-6188 -M** |
| v. | **ORDER** |
| Marlon M. Bascom, | |
| Defendant. | |

Upon motion of the government to dismiss the Complaint in this matter for failure of the government to indict the defendant within the limitation to file an indictment pursuant to Title 18 United States Code, Section 3162 (a) (1), without prejudice, and good cause appearing,

IT IS ORDERED dismissing the Complaint in this matter without prejudice.

DATED this 22nd day of September, 2005.

Lawrence O. Anderson
United States Magistrate Judge