**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,         )<br>                    )<br>        Plaintiff,         )<br>                    )<br>vs.                 )<br>                    )<br>Marlon M. Bascom,         )<br>                    )<br>        Defendant.         )<br>_____) | No. 05-6188M<br><br>**ORDER** |

Upon motion of the government to dismiss the Complaint in this matter for failure of the government to indict the defendant within the limitation to file an indictment pursuant to Title 18 U.S.C. § 3162 (a)(1), without prejudice, and good cause appearing,

**IT IS ORDERED** granting the Government's Amended Motion to Dismiss (Doc. #6) and dismissing the Complaint in this matter without prejudice.

**IT IS FURTHER ORDERED** denying the Government's Motion to Dismiss (Doc. #5), as moot.

DATED this 22nd day of September, 2005.

_____
David K. Duncan
United States Magistrate Judge